UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:09-CR-00202-5BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | ORDER |
| | * | |
| OWEN RENARDO BOWEN | * | |

This cause coming to be heard before the undersigned, after considering the motion for funds for investigative services in the amount of $1,523.50, and for good cause shown, this motion is hereby GRANTED.

SO ORDERED, this the 6 day of December, 2010.

Terrence W. Boyle
United States District Court Judge