IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-202-5BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| OWEN RENARDO BOWEN | ) | |

This matter is before the Court on Defendant's Motion to Suppress Deemed Timely Filed (D.E. # 158).

Defendant filed a Motion to Suppress on December 9, 2010 (D.E. # 157). As Defendant filed his Motion to Suppress before Trial, the Motion is timely under Federal Rule of Criminal Procedure 12(b)(3)(C). Thus, the Motion to Suppress Deemed Timely Filed is GRANTED. (D.E. # 158).

The Court is now able to consider Defendant's Motion to Suppress (D.E. # 157) and the Government's Response (D.E. # 169), and will decide this matter shortly.

SO ORDERED, this ___ day of February, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE