IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-202-BO-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | **O R D E R** |
| ) | |
| OWEN RENARDO BOWEN, ) | |

This matter is before the Court on defendant Owen Renardo Bowen's motion for the return of a laptop seized from him during the investigation that led to his conviction before this Court. [DE 334]. The government has responded to his motion and Mr. Bowen has replied. [DE 339, 341]. For the reasons listed below, defendant's motion is GRANTED in part and DENIED in part.

The government consents to releasing the laptop to Mr. Bowen or his authorized representative, but does not consent to paying any shipping costs. In his reply, Mr. Bowen agrees to pay the shipping cost associated with the return of the laptop. As Mr. Bowen has agreed to pay the shipping costs, the government is directed to furnish him with an address to which he or his authorized representative can mail payment for shipping to the address requested by Mr. Bowen in DE 334. Upon receiving payment, the government is directed to ship the laptop to said address.

SO ORDERED.

This the 5 day of September, 2014.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE