# UNITED STATES DISTRICT COURT

### for the

### Eastern District of North Carolina

FILED IN OPEN COURT

ON __4/28/2015__

Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

United States of America
v.

Owen Renardo Bowen

| | |
|---|---|
| ) | |
| ) | Case No: 5:09-CR-202-5BO |
| ) | USM No: 51747-056 |
| ) | |

Date of Original Judgment: __July 19, 2011__
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

G. Alan DuBois
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected
in the last judgment issued)* of __135__                              months **is reduced to** __120 months__

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served"
sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated __July 19, 2011,__
shall remain in effect. **IT IS SO ORDERED.**

Order Date: __4-28-15__

*Judge's signature*

Effective Date: __November 1, 2015__
                *(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011